Case 1:20-cv-00683-CM Document 12 Filed 03/13/20 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAITLIN DAY,

                      Plaintiff,

-against-

BAR NONE, and FRANK STEO, an individual,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2020

**MOTION FOR ENTRY OF A DEFAULT JUDGEMENT**
Case No: 1:20-cv-00683

**MEMO ENDORSED**

**PLEASE TAKE NOTICE** that the attached is a true copy of a certificate of default in this matter, that was entered in the office of the clerk of the United States District Court for the Southern District of New York, on the 13th day of March 2020. On October 6, 2020, THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU. IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

*[Handwritten endorsement:]* 10/14/2020 The motion for entry of a default judgment on liability is granted. This case is referred to Magistrate Judge Barbara Moses for inquest on damages.

DAVID H. ROSENBERG
*Attorneys for Plaintiff*
The Law Office of David H. Rosenberg, P.C.
170 Old Country Road, Suite 600
Mineola, N.Y. 11501
Ph: (516) 741-0300
F: (516) 385-4848