USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020



www.employeelawnewyork.com
drosenberg@employeelawny.com

The Law Office of David H. Rosenberg, P.C.
170 Old Country Road, Suite 600
Mineola, New York, 11501
Tel. (516) 741-0300
Fax (516) 385-4848

_____*Attorneys at Law*_____

October 29, 2020

**Via ECF**
Magistrate Judge Barbara Moses
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Kaitlin Day v. Bar None, et al.</u>
Case No: 1:20-cv-00683-CM-BCM

**MEMO ENDORSED**

Your Honor:

Reference is made to the aforementioned action and subsequent default judgment. This firm represents the plaintiff and we write pursuant to Your Honor's Individual Motion Practices and Rules to respectfully request an adjournment.

On October 15, 2020, Your Honor issued an order that stated, "No later than November 6, 2020, plaintiff shall file its Proposed Findings of Fact and Conclusions of Law concerning all damages and other monetary relief permitted in connection with a default judgment against the Defaulting Defendants." Plaintiff has been working diligently since October 15, 2020 to gather the necessary information from witnesses for the declarations that we intend to submit.

With that said, we are still in the process of collecting information which has been somewhat challenging during the pandemic. Therefore, we respectfully request that the deadline of November 6, 2020 be adjourned to December 7, 2020. We expect to have all of the necessary documentation ready for submission by that date.

This is the first request for such an adjournment. I sincerely thank the court for Your Honor's timely attention to this matter.

Very truly yours,

_____
DAVID H. ROSENBERG

> Application GRANTED. Plaintiff's deadline to submit her Proposed Findings of Fact and Conclusions of Law is hereby EXTENDED to **December 7, 2020**. Each defaulting defendants' deadline to serve on plaintiff and file with the Court any response to the Proposed Findings is hereby EXTENDED to **December 21, 2020**. Plaintiff shall serve a copy of this Order, along with its Proposed Findings of Fact and Conclusions of Law and the Court's October 15, 2020 Order (Dkt. No. 15) on the defaulting defendants. All other requirements of the Court's October 15, 2020 Order remain in effect. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> October 30, 2020